IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAROL A. KELLOGG, Individually, and as sole Heir-at-Law and Administrator of the Estate of Lee J. Witschi, deceased<br><br>Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN SOCIETY, INC. a/k/a THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, GOOD SAMARITAN SOCIETY – MINNEAPOLIS, KANSAS; CITY OF MINNEAPOLIS, KANSAS; and OTTAWA COUNTY, KANSAS<br><br>Defendants | Case No. 6:18-cv-01061-JTM |

**ORDER APPROVING MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

This matter comes before the Court upon Plaintiff Carol A. Kellogg's Motion for Leave to File Second Amended Complaint (ECF No. 4). Plaintiff's motion seeks to file her Second Amended Complaint in order to remove and dismiss claims against Good Samaritan Society, Inc. a/k/a The Evangelical Lutheran Good Samaritan Society and Good Samaritan Society – Minneapolis, Kansas, and add as a party defendant The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society – Minneapolis.

For good cause stated in the motion, Plaintiff's request to file her Second Amended Complaint is granted.

IT IS SO ORDERED.

Dated this 24th day of May, 2018, in Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge