IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAROL A. KELLOGG, *Individually, and*
    *as sole Heir-at-Law and Administrator of*
    *the Estate of Lee J. Witschi, Deceased*,
        Plaintiff,

vs.                                                 No. 18-1061-JTM

GOOD SAMARITAN SOCIETY, *et al.*,
        Defendants.

MEMORANDUM AND ORDER

For good cause shown, the Plaintiff's Motion to Extend (Dkt. 36) is hereby granted, such that plaintiff is given leave to file her Response to Defendant's Motion to Dismiss (Dkt. 28) on or before August 22, 2018.

IT IS SO ORDERED this day of July, 2018.

                                                <u>s/ J. Thomas Marten</u>
                                                J. THOMAS MARTEN, JUDGE