IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAROL A. KELLOGG, Individually, and )
as sole Heir-at-Law and Administrator of )
the Estate of Lee J. Witschi, Deceased, )
)
Plaintiff, )
) Case No.: 6:18-CV-01061-JTM-JPO
vs. )
)
THE EVANGELICAL LUTHERAN GOOD )
SAMARITAN SOCIETY d/b/a GOOD )
SAMARITAN SOCIETY-MINNEAPOLIS, )
)
Defendants. )

## RECEIPT AND SATISFACTION

**COMES NOW** Plaintiff Carol Kellogg, by and through her counsel of record, and hereby acknowledges that she has received from The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society – Minneapolis, payment in full of the settlement funds as approved by the Court and complete satisfaction of all obligations owed by Defendant in the above-captioned case. The settlement and cause are fully and finally satisfied.

Respectfully submitted,

_/s/ Tom Wagstaff, Jr._
Tom Wagstaff, Jr.          KS BAR #19511
**LAW OFFICE OF TOM WAGSTAFF, JR., LLC**
6811 Shawnee Mission Parkway – Suite 314
Kansas City, MO 66202
Telephone:    816-708-0524
Facsimile:    816-708-0561
E-mail:       tom@thewagstafflawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2020, I filed the foregoing with the Court via e-filing and sent via email to the following:

Matthew M. Merrill – Lead Counsel
Elizabeth Davida Moeller
Brown & Ruprecht, PC
2323 Grand Boulevard – Suite 1100
Kansas City, Missouri 64108
Phone: 816-292-7000
Fax: 816-292-7050
E-mail: mmerrill@brlawkc.com
E-mail: emoeller@brlawkc.com
***Attorneys for Defendant Good Samaritan Society, Inc. a/k/a The Evangelical Lutheran Good Samaritan Society and Good Samaritan Society – Minneapolis, Kansas***

/s/ *Tom Wagstaff, Jr.*